IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

FILED
OCT 19 2022
DAVID CREWS, CLERK
By_____ Deputy

UNITED STATES OF AMERICA

v.   CRIMINAL CASE NO. 1:22-CR-128

TYQUERIUS DOSS

18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)
26 U.S.C. § 5861(d)
26 U.S.C. § 5871
18 U.S.C. § 922(n)
18 U.S.C. § 924(a)(1)(D)
18 U.S.C. § 922(g)(3)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about November 2, 2021, in the Northern District of Mississippi, TYQUERIUS DOSS, defendant, did knowingly possess a machinegun, as that term is defined in Title 18, United States Code, Section 921(a)(24) and Title 26, United States Code, Section 5845(b), that is, a Glock, model 19C, 9mm caliber handgun with a fully automatic conversion device, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT TWO

On or about November 2, 2021, in the Northern District of Mississippi, TYQUERIUS DOSS, defendant, knowingly possessed a firearm as defined in Title 26, United States Code, Section 5845(a), that is, a Glock, model 19C, 9mm caliber handgun with a fully automatic conversion device, making the handgun, by definition, a machinegun as defined in Title 26, United States Code, Section 5845(b), which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

**COUNT THREE**

On or about November 2, 2021, in the Northern District of Mississippi, TYQUERIUS DOSS, defendant, knowing that he was then under indictment for a felony, that is, a crime punishable by imprisonment for a term exceeding one year, knowingly received a firearm, that is, a Glock, model 19C, 9mm caliber handgun, in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

**COUNT FOUR**

On or about November 2, 2021, in the Northern District of Mississippi, TYQUERIUS DOSS, defendant, knowing that he was an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, knowingly possessed a firearm, that is, a Glock, model 19C, 9mm caliber handgun, in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

A TRUE BILL:

_____
CLAY JOYNER
UNITED STATES ATTORNEY

/s/ Redacted signature
FOREPERSON